UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

   - against -                              09-MJ-372

SADDIQ AL-ABBADI, et al.

        Defendant.

– – – – – – – – – – – – – – – – –X

NOTICE OF APPEARANCE

       Please take notice that Assistant United States Attorney Michael P. Canty from this point forward will be added as counsel in the above-captioned matter. All future correspondence to the United States in the above-captioned matter should be sent to:

>Michael P. Canty
>Assistant United States Attorney
>United States Attorney's Office (Criminal Division)
>Eastern District of New York
>271 Cadman Plaza East, 2nd Floor
>Brooklyn, New York 11201
>Tel: (718) 254-6490
>Fax: (718) 254-6320
>Email: michael.canty@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Michael P. Canty at the email address set forth above.

Dated: Brooklyn, New York
        January 21, 2015

                                      Respectfully submitted,

                                      LORETTA E. LYNCH
                                      United States Attorney

                       By:      /s/
                                      Michael P. Canty
                                      Assistant U.S. Attorney
                                      Tel: (718) 254-6490

cc: Clerk of the Court (by ECF)