UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

SADDIQ AL-ABBADI,

               Defendant.

- - - - - - - - - - - - - - -X

UNSEALING ORDER

Criminal Docket No. 15-124 (NGG)

       Upon the application of KELLY T. CURRIE, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Douglas M. Pravda, for an order unsealing the above-captioned matter but not the documents that were individually filed under seal.

       WHEREFORE, it is ordered that the above-captioned matter (but not the documents individually filed under seal) be unsealed.

Dated:    Brooklyn, New York
           May 26, 2015

                                            /S/ Nicholas G. Garaufis
                                            THE HONORABLE NICHOLAS G. GARAUFIS
                                            UNITED STATES DISTRICT JUDGE
                                            EASTERN DISTRICT OF NEW YORK